This Lillian Warren wrote me a copy of this agent when she had wrote me up just in case I need it to read 2 support my case about who handing writing wrote that inside of ms. Hunden P segregation paper work about to don't let me out of the hole since

# DISCIPLINARY REPORT WORK SHEET

Nobody can tell me who wrote it. I never got lock down about this cell phone. Though due to my mental health issue per ms. Register and per warden ms. Oubre

INSTITUTION NAME: Baldwin State Prison
CODE #: 553
TPM/ MAX DATE:

I. Offender: Walker, Scott
   Name: Last, First, M.I.
   Close 118715
   Security / ID Number

1:13-CV-2980

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
TCB SEP - 5 2013
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

II. Offense Data:

| A. Charge | Code | Plea | Finding | Charge | Code | Plea | Finding |
|---|---|---|---|---|---|---|---|
| 1 Possession of a | D3L | | | 4 | | | |
| 2 Cell phone | | | | 5 | | | |
| 3 | | | | 6 | | | |

Date: 06/03/2013
Time of Offense: 0810
Signature of Reporting Official: Lillian Warren Unit Manager

B. Factual Statement: On June 03, 2013 at 0810 while conducting inspection rounds in ST dorm. I open the door to Room JC-150 and saw inmate Walker talking on a black/grey Verizon scissors cellphone. Confiscated the phone from inmate Walker placed it in an evidence bag with evidence tag. Turn it all in the evidence box in Shift op. Pictures were taken. The IVETA#...

C. Reviewed by the appropriate Supervisor: _____
   Signature _____ mo. dy. year

D. Charges served on accused: 06 03 2013 2325
   mo. dy. yr. time
   Signature of Official: Felicia Tillington (CT)

III. Investigative Report:
   A. Summary of Investigation _____

   B. _____
      Title / Signature / mo. dy. year

   C. Advocate's Name: _____

IV. Hearing Officer's Recommendation:
   Greatest _____ High _____ Moderate _____ Low _____
   Signature _____ mo. dy. year

V. Disposition of Disciplinary Hearing:
   A. Justification for findings: _____

   B. Action Recommended: _____

   C. T.P.M. extension: _____ Isolation _____

   D. Inmate advised of his/her right to appeal  YES ___ NO ___

   Signature of Disciplinary Hearing Officer / Time of Hearing / mo. dy. year

VI. Warden's Recommendation: ☐ Approved  ☐ Disapproved  ☐ Modified
   Warden's Signature / mo. dy. year

| TPM | ____ days |
| Isolation | ____ days |
| Withdraw TPM? | (Y/N) |

Distribution:
cc: 1. White
    2. Canary-Inmate Copy

DOC Form No. 09210 (Rev. 4/1/92)

# DISCIPLINARY REPORT

| | | |
|---|---|---|
| **BALDWIN STATE PRISON** | **CLOSE** | Life W/Parole/ |
| INSTITUTION NAME | Security | TPM / MAX DATE |

**I. Offender:** WALKER, SCOTT      394278      1187151
Name: Last, First, M I      DR#      ID Number

**II. Offense Data:**

A.  Charge                              Code        Plea        Finding

POSSESSION OF CELL PHONE      D03L        GUILTY      GUILTY

06/03/2013          08:10:00            WARREN, LILLIAN, UNIT MANAGER
Date                Time of Offense     Signature of Reporting Official

B. Factual Statement:

ON JUNE 03, 2013 AT 0810 WHILE CONDUCTING INSPECTION ROUNDS IN JC DORM, I OPEN THE DOOR TO ROOM JC-150 AND SAW INMATE WALKER TALKING ON A BLACK/GREY VERIZON SAMSUNG CELLPHONE. I CONFISCATED THE PHONE FROM INMATE WALKER, PLACED IT IN AN EVIDENCE TAG THEN PLACED IT IN THE EVIDENCE BOX IN SECURITY. PICTURES WERE TAKEN. THE MEID #A0000039EB2C42 AND RHE SERIAL #SKU-SCHU 365HPP.

C. Reviewed by the appropriate Supervisor:      KELLY, DELORIS, SGT.      06/03/2013
                                                Signature/Title            mo.  dy.  year

D. Charges served on accused:   06/03/2013   23:25:00   TALINGTON, FELICIA, COI
                                mo. dy. yr.   time       Signature of Official

**III. Investigative Report:**

A. Summary of Investigation:

BASED ON THE INVESTIGATION AND EVIDENCE, I REFER THIS CHARGE TO THE DHO.

B.      DOWNING, MELISSA, COII              06/11/2013
        Signature/Title                      mo.  dy.  year

C. Advocate's Name:      DURDEN, SHANTA

**IV. Hearing Officer's Recommendation:**      GREAT

                SMITH, RODNEY   UNIT MANAGER           06/13/2013
                Signature/Title                         mo.  dy.  year

**V. Disposition of Disciplinary Hearing:**

A. Justification for findings:

90 DAYS LOAP, 90 DAYS PACKAGE RESTRICTION, 90 DAYS PERSONAL PROPERTY CONFISCATION, $100.00 ADMIN FEE 06/17/13-09/17/13.

B. Action Recommended:                                              Number of Days:

SANCTION: IMPOUNDMENT OF PERSONAL PROPERTY                          90

SANCTION: TELEPHONE RESTRICTION                                     90

SANCTION: PACKAGE RESTRICTION                                       90

SANCTION: STORE RESTRICTION                                         90

C. T.P.M extension:                    Isolation:

D. Inmate advised of his/her right to appeal:      YES

        SMITH, RODNEY  UNIT MANAGER           09:30:00              06/13/2013
        Signature of Disciplinary Hearing Officer   Time of Hearing    mo.  dy.  year

**VI. Warden's Recommendation:**      Approved

                            JORDAN, LARRY, DWS              06/25/2013
                            Warden's Signature              mo.  dy.  year

*I declare (or certify, verify, or state) under penalty of perjury that the foregoing is* ~~Executed on September 2, 2013~~ *Scott Walker* pg.1of6

ATTACHMENT 3
(2/15/96) MB05-0001

# WITNESS STATEMENT

*Scott Walker S.W*

| PLACE | DATE | TIME | FILE NUMBER |
|---|---|---|---|
| K-2 cell #8 Seg. Placement | 8-31-13 | | |

| LAST NAME, FIRST NAME, MIDDLE NAME | SOCIAL SECURITY ACCOUNT NO. | STATE SERIAL NUMBER |
|---|---|---|
| Scott Walker | 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 | 1187151 |

INSTITUTION OR ADDRESS: Baldwin State Prison  100 Laying Farm Road, Hardwick, Ga. 31034

## SWORN STATEMENT

I, Scott Walker, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Dear mr. James N. Hatten, Sir, please do not file this witness statement as a lawsuit, because I am Not reporting this incident for a civil Rights action, but I am filing it as to resolove this matter in court without being Granted any rewards. Because, I got this paper work on lock once it reaches the DA procuters Hands. However, I am writting to the court to inform the court that I have been placed in Seg. Placement (The hole) without anything showing against me while I'm placed in Seg. Placement (The hole / lock down unit) About the reason that I was brought to this Seg. Placement. A Unit manager here at the Baldwin State Prison Name "Lillian Warren" had me locked down on 7-29-13 Also, I was locked down per "Lillian Warren" on 7-29-13 per. What a LT Name "LT mr. Edwards" said to me After me being woke up out of my sleep and took to medical at 3:00 AM in the morning. And right before that on 7-25-13 this same lady Name Lillian Warren tried to lock me down from what another inmate said and from what my mental Health Counselor mr. Doctor Scloan said to ms. Warren (Lillian Warren) about something thats pretaining to whats inside of my mental Health file. I have went to CSU on or about 8-7-13 from cutting my left arm over 15 times, and I had to get placed in 5-point (Strapped down) all because of this flase Seg. Placement that I am telling the court about to. Because I been setually Assualted, Then I was Sexually Harassed while I been a state prisoner as well. Therefore, its a whole lot of pain and Suffering with me having to be locked down inside of the hole. Exspecially, when its Nothing on file to show why I'm being Held inside of the hole. Because, I was Sexually Assualted while I was inside of a lock down unit inside of the Fulton County Jail (See 1:07-CV-3155-TCB complaint that I filed inside of the "United States District court for the Northen District of Georgia - Atlanta Divison"). And unit manager ms. warren *S.W* is harassing me (She (ms. warren) keep harassing me too) about something thats not even happening *S.W* right now, but she (ms. warren) Harassing me all because of what my mental Health Counselor Dr. — *S.W* Scloan said and what

INITIALS OF PERSON MAKING STATEMENT: *S.W*

PAGE 1 OF ___ PAGES

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES" WHEN ADDITIONAL PAGES ARE UTILIZED. THE BACK OF PAGE 1 WILL BE LINED OUT. AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

I declare (or certify, verify, or state) Under penalty of perjury that the foregoing is true And correct Executed on September 3, 2013 /s/ Scott Walker S.W

Case 1:13-cv-02980-TCB Document 1 Filed 09/05/13 Page 4 of 14

(Reproduced locally)
ATTACHMENT 3 pg. 1 of 6
SOP IIB05-0001
(1/1/96)

**STATEMENT CONTINUED**

This inmate (name Gerrale Jones) said to ms. Warren about something thats pretaining to my mental Health file. Wherefore, I'm letting the court know that I wish to/and I want to take a restraining order out against "ms. Lillian Warren", here at the Baldwin State Prison, and that I also wish to/and I want to also state my claim inside of pressing harassment charges out against this State official ms. Lillian Warren, and have this placed on the News to (about all the inclosed). I have all the money I need (if I need any) on my prison inmate account to pay for all the filing fee's too also, Just to have a restraining order and a harassment charges pressed against this state official name Lillian Warren, because ms. Warren is acting under color of state law. So thats why I'm writting the court, because this flase Seg. Placement that ms. Lillian Warren have me placed in has put my life in Danager Too due to my mental Health issues that this flase Seg. Placement is clausing me to have. And this is the last thing that I know to do is seek help from the court before I end back up in CSU again. Because Someone has wrote inside of the "Cheif Counselor ms. Hunding" paper work to "Don't let me out of this flase Seg. Placement that "ms. Lillian Warren" have me placed in". And don't nobody know who saying this either inside of ms. Hunding paper work in question from me either, but still holding me inside of this flase Seg. Placement. And the Prison Boss Warden Shelia Oubre here at the Baldwin State Prison isn't responding back to none of this either, After I have wrote her (Warden ms. Oubre) and let her (ms. Oubre) know about this unlawful act that a State Official is doing inside of the Baldwin S.W. State Prison "Acting under color of State law" AFFIDAVIT S.W. Also, I have let Warden ms. Shelia Oubre know S.W.

I, Scott Walker _____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE _____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_Scott Walker_
(Signature of Person Making Statement)

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this **31** day of **August**, 20 **13**

INSTITUTION OR ADDRESS:

(Signature of Person Administering Oath)

(Typed Name of Person Administering Oath)

INSTITUTION OR ADDRESS:

(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT  S.W.   PAGE ____ OF ____ PAGES

*I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on September 2, 2013* — *Scott Walker S.W.*

(2/15/96)   ATTACHMENT 3 pg. 2of 6
SOP IIB05-0001

## WITNESS STATEMENT

**PLACE:** K-2 Cell # Seg. Placement
**DATE:** 8-31-13
**TIME:**
**FILE NUMBER:**

**LAST NAME, FIRST NAME, MIDDLE NAME:** Scott Walker
**SOCIAL SECURITY ACCOUNT NO.:** 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
**STATE SERIAL NUMBER:** 1187151

**INSTITUTION OR ADDRESS:** Baldwin State Prison, 100 Laying Farm Road, Hardwick, Ga. 31034

### SWORN STATEMENT

I, Scott Walker, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

That my life is in danger from same. My life is in danger, because I been sexually Assualted inside of a lock down unit inside of the Fulton County Jail and I be feeling like I'm being sexually Assualted again and I be feeling like that I'm about to be victumized again. And mental Health Director here at the Baldwin state Prison Name "ms. Register" said that it is up to Warden ms. Sheila Oubre (Security) to Grant my request that I've requested to take my life out of danger from this Place Seg. Placement that "LT Edward(s)" here at the Baldwin state Prison brought me into S.W. per. ms. Warren and locked me down per. ms. Warren inside of a flase Seg. Placement (without any incident report being placed on file about it). And mental Health saying that mental Health state officials does not have me locked down inside of this Seg. Placement, but mental Health is saying, However, "I am" must to be housed alone per. mental Health (on lock down or off of lock down I S.W. must be housed alone per. mental Health) Due to my mental Health issues. And I promise if the Court could help take my life out of danger that I will Not tell one(1) lie to the court in telling the court what everyone has done and what all actions that I know of that everyone has taken (Even myself) in connection of this situation. Because, it all started S.W. from a inmate that threatened to rape me here inside of the Baldwin state Prison inside of G-3 (In 2012) And I reported it in 2012 to mental Health Director ms. Register, and mental Health Counselor ms. mac Beatlh  S.W. Thats here at the Baldwin state Prison. Here at the Baldwin state Prison. S.W. And I reported it to ms. Register and ms. mac Beatlh on two(2) different type of Grievance form(s)? I sent a Formal Grievance form (In 2012) to ms. Register, and I sent a Informal Grievance form to ms. mac Beatlh. And Not too long after (I reported it to ms. Register I was investigated about it by ms. Lillian Warren S.W. when she was a LT in 2012 S.W. and then later on I was Evaualted on it about it S.W. (in 2012) S.W. (In 2012) and ms. mac Beatlh)
Stated by Doctor Soloan and he (Dr. Soloan) wrote up Dr. Orders for me to receive from it because I had already S.W. S.W. that I was Sexually Assualted in my past inside of the Fulton County Jail to mental Health at Georgia- S.W. S.W. (In 2010) S.W. (In 2010 and 2011) (In 2011, 2012, and 2013) State Prison, Hays state Prison, and Here at the Baldwin state Prison. And Unit manager "ms. Lillian Warren" had come and investigated me here at Baldwin state Prison inside of K-2 office room about the inmate that threatened to

**INITIALS OF PERSON MAKING STATEMENT:** S.W.
**PAGE 1 OF ___ PAGES**

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES" WHEN ADDITIONAL PAGES ARE UTILIZED. THE BACK OF PAGE 1 WILL BE LINED OUT. AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on September 2, 2013. /s/ Scott Walker

ATTACHMENT 3
SOP IIB05-0001 pg. 2 of 6
(1/1/96)

S.W

STATEMENT CONTINUED (In violation of SOP: IIB05-0001 - Statewide Grievance Procedure) Rape me in G-3 on or about 2012 at the time when she (Lillian Warren) was a LT. And unit manager "Mr. Rodney Smith" was present at the time that she (Ms. Warren) had investigated me too here at the Baldwin State Prison (In 2012) (Mr. Rodney Smith works here at the Baldwin State Prison too). And The main people S.W that knows something about my situation thats inclosed inside of this witness statement here at the Baldwin State Prison is: Warden Ms. Shelia Oubre, Deputy Warden of Security Mr. Larry Jordan, Deputy Warden of Care & Treatment Ms. Price, Unit Manager Ms. Lillian Warren, Unit Manager Mr. Rodney Smith, And Mental Health Director Ms. Register, Mental Health Dr. Schoolcraft, Mental Health Counselor Dr. Soican, and all the other names thats inclosed inside of this witness statement. And how I know that they all know of such conduct is because I addressed to them here at the Baldwin State Prison. I promise the court that I (Scott Walker) did /s/ Scott Walker S.W And some of me addressing it to them is through witness statement (I sent witness statements to Ms. Register dated 7-31-13, 8-1-13, 8-2-13, 8-3-13, and 8-4-13. And then right after that I sent some witness statements to Warden Ms. Shelia Oubre (7 witness statements to Ms. Oubre) regarding this same matter that I sent to Ms. Register regarding this same matter, but the 7 witness statements that I sent to Ms. Oubre regarding this same matter is dated: 8-15-13, 8-15-13, 8-15-13, 8-15-13, 8-15-13, 8-15-13, and 8-15-13) All of the above witness statements thats dated: S.W 7-31-13, 8-1-13, 8-2-13, 8-3-13, 8-4-13, 8-15-13, 8-15-13, 8-15-13, 8-15-13, 8-15-13, 8-15-13, and 8-15-13 all is regarding this same matter (Seg. Placement and Harassment(s) and my Mental Health issues) And the rest of them I informed (Addressed S.W) them from me having to go to CSU. And thats when Unit Manager Mr. Smith found out on or about 8-14-13 that it wasn't nothing on me for me to be held AFFIDAVIT housed inside of this seg. placement (that Ms. Warren have me placed in. S.W)

I, Scott Walker _____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE ___. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

/s/ Scott Walker
(Signature of Person Making Statement)

WITNESSES:
_____
_____

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 31 day of August, 20 13
_____

INSTITUTION OR ADDRESS:
_____

(Signature of Person Administering Oath)
_____

(Typed Name of Person Administering Oath)

INSTITUTION OR ADDRESS:
_____

(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT  S.W    PAGE ___ OF ___ PAGES

The policy state that prison staff is to Not investigate these types of allegations when its placed inside of a grievance first. S.W

Ms. Warren (Lillian Warren) investigated this incident about this inmate (Credric Speance) that threatened to rape me and she (Lillian Warren) investigated this incident about this inmate that threaten to rape me in violation of SOP IIB05-0001 - Statewide Grievance Procedure, And Violated my 8th Ammendment by doing it, because she knows the

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on September 2, 2013. /s/ Scott Walker S.W. Pg. 3 of 6

(2/15/96)
ATTACHMENT 3
SOP IIB05-0001

# WITNESS STATEMENT

| PLACE | DATE | TIME | FILE NUMBER |
|---|---|---|---|
| K-2 Cell #3 Seg. Placement | 8-31-13 | | |

| LAST NAME, FIRST NAME, MIDDLE NAME | SOCIAL SECURITY ACCOUNT NO. | STATE SERIAL NUMBER |
|---|---|---|
| Scott Walker | 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 | 1187151 |

INSTITUTION OR ADDRESS: Baldwin State Prison — 100 Laying Farm Road, Hardwick, Ga. 31034

## SWORN STATEMENT

I, Scott Walker, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Unit manager Mr. Smith found that its No paper work on me on file to be holding me inside of this Seg. Placement, After I was discharged from CSU on or about 8-14-13 per. Mental Health Dr. Schoolcraft, because Unit manager Mr. Smith is over the hole/lock down unit for K-1, K-2, and K-3. And once a inmate is Discharged from CSU they are moved back where they came from the same day. But, since I aint got Nothing on file on me, Mr. Smith S.W. left me in CSU cell #3 and got the other inmate(s) (about one, or two) that had been discharge the same day that I was discharged (8-14-13). Therefore; that left me to report that I'm being held in CSU S.W. (Infirmary) S.W. with a Seg. Placement door sheet, After being discharged from CSU without any thing on file to show why I was placed S.W. on this same Seg. Placement that I'm being held on that Ms. Warren have me placed in. And the very first time that I reported this to Warden Shelia Oubre hereat The Baldwin State Prison, it was on 8-15-13 and it was from me sending a witness statement form (thats also dated 8-15-13) through the Deputy Warden of Security Mr. Larry Jordan. And then that was because Mr. Larry Jordan, and Lillian Warren, and Cert team Mr. Tayor came and did they inspection rounds in the CSU area and Warden Ms. Oubre wasn't with them. But after I turned this in to Mr. Larry Jordan for him to give to Warden Ms. Oubre a few S.W. hours later I was forced to be placed back inside of K-2 cell #8 (The same cell that I was in S.W. Before S.W. I had went to CSU on or about 8-7-13) inside of this lock down unit and placed back on lock down on this same Seg. Placement that Ms. Warren have S.W. me placed in (Seg. Placement) that No paper work has been placed on file about it (This Seg. Placement that Ms. Warren have me placed on). And thats Not right, but it is wrong and it is against Warden(s) policy to be holding me on a Seg. Placement status without any paper work on file to show why I'm being held in it, and S.W. Nobody inside of the Baldwin state Prison said they tried to help me either other than mental Health Director Ms. Register, Mental Health Counselor Ms. Jackson, Mental Health Counselor Mr. Dubbenland (I guess that I spelled his Name right), And Deputy Warden of Care & treatment Ms. Price, but Ms. Price said (To me) that its up to mental Health to Grant my request regarding this Place Seg. Placement and harassment, and mental Health saying that it is up to Warden Shelia Oubre (Security) to Grant my request regarding same and regarding my mental Health Issues That I'm going through.

INITIALS OF PERSON MAKING STATEMENT: S.W.

PAGE 1 OF ___ PAGES

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES" WHEN ADDITIONAL PAGES ARE UTILIZED. THE BACK OF PAGE 1 WILL BE LINED OUT. AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Scott Walker S.W. pg. 3 of 6

Case 1:13-cv-02080-TCB Document 10 Filed 09/05/13 Page 8 of 14

**STATEMENT CONTINUED**

when I don't even have Nothing on me on my file or on file to hold me inside of this Seg. Placement (From ms. Warren harassing me.) That ms. Warren have me placed in. And all that the Cheif Counselor- ms. Hunding saying thats write inside of her segregation paper work on me that She (ms. Hunding) see is where someone said to "Don't let me (Scott Walker #1187151) out the hole", And that "she (ms. Hunding) aint asking Nobody about who wrote it either, because it is over her head". ms. Hunding told this to me. (Its write inside of her (ms. Hunding) Segregation paper work to Don't let me out of Segregation- Placement, and that She (ms. Hunding) aint asking Nobody about who wrote it either, because it is over her (ms. Hunding) Head") on "8-28-13" while I'm in this cell K-2 #8 (And its on Carma too). And all the inclosed is the reason why I'm writting the court this witness statement letting the court know the inclosed and that my life is in Danger from everything that I'm stating inside of this witness statement to the court regarding S.W. everything else that I have stated inside of all the witness state- ments that I sent to ms. Register, and to ms. Oubre. And ms. Price has a copy of the witness statements that I sent to ms. Register, for ms. Register to give to ms. Price due to my mental Health issues and due to ms. Price saying She aint going to read it, cause I write too small for her (ms. Price) to see it. Thats why I sent it to ms. Register (The witness Statements thats dated 7-31-13 pg. 1 of 2, 8-1-13 pg. 1 of 1, 8-2-13 pg. 1 of 1, 8-3-13 pg. 1 of 1, and 8-4-13 pg. 1 of 1) and asked ms. Register to read it to ms. Price due to that all the inclosed got my life in danger, and I only had one copy. And if the court can't help me then all I know is to do is to go back to CSU when I can't take nomore of All this pain and Suffering from me being Sexually Assualted by Donald Spears, Sexually Harassed by inmate Cedric Speance, and Harassed by "United manager AFFIDAVIT ms. Lillian Warren", Harassed by inmate

I, Scott Walker _____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE ____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING MY STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_Scott Walker_
(Signature of Person Making Statement)

WITNESSES:
_____
_____

Subscribed and sworn to before me, a person authorized by law to administer oaths, this **31** day of **August**, 20**13**

_____

INSTITUTION OR ADDRESS:
_____

(Signature of Person Administering Oath)

_____

(Typed Name of Person Administering Oath)

INSTITUTION OR ADDRESS:
_____

(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT  _S.W._   PAGE ____ OF ____ PAGES

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true And correct Executed on September 2, 2013 — Scott Walker S.W. Pg. 4 of 6

(2/15/96)

ATTACHMENT 3
SOP IIB05-0001

## WITNESS STATEMENT

| PLACE | DATE | TIME | FILE NUMBER |
|---|---|---|---|
| K-2 Cell #8 Seg. Placement | 8-31-13 | | |

| LAST NAME, FIRST NAME, MIDDLE NAME | SOCIAL SECURITY ACCOUNT NO. | STATE SERIAL NUMBER |
|---|---|---|
| Scott Walker | 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 | 1187151 |

INSTITUTION OR ADDRESS: Baldwin State Prison 100 Laying Farm Road, Hardwick, Ga. 31034

### SWORN STATEMENT

I, Scott Walker, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

"Norrses (my old roommate that was inside of J-C 150 B on 7-27-13), and lied on by mental Health Counselor ms. Mac Bealth from ms. Mac Bealth told S.W my old S.W roommate Norrses that if anything come up S.W missing of his I (Scott Walker) got it from ms. Mac Bealth locking me up and seeing my 3 conviction charges. Because right after ms. Mac Bealth said that to my old roommate, and my old roommate told me what ms. Mac Bealth said about me, my old roommate watch, someone stole it from him on or about 7-27-13 and Now He's thinking that I (Scott walker) is the one that stole it from him when I didn't, but he still thinks I did all because of S.W His mental Health Counselor misjudged me to him (my old roommate in J-C S.W 150) from ms. Mac Bealth locking me up and seeing my 3 conviction charges that I'm in prison on today, After ms. Mac Bealth asked him (my old roommate) who were his roommate and He (my old roommate) told her and thats when she looked me up and seen me and my Charges that I'm being held in prison on, And S.W I addressed same (All of this) to mental Health Director ms. Register, and Warden ms. Oubre inside of these witness statements that I sent to ms. Register to read to ms. Price thats dated: 7-31-13, 8-1-13, 8-2-13, 8-3-13, and 8-4-13, and I addressed same (All of this) That I sent to Warden ms. Oubre for Warden Shelia Oubre to read for herself inside of the 7 witness statements thats dated 8-15-13, 8-15-13, 8-15-13, 8-15-13, 8-15-13, 8-15-13, and 8-15-13. Not Counting the one that S.W is dated 8-15-13 That I sent to ms. Oubre thru S.W deputy S.W Warden mr. Jordan while I was in CSU cell #3 regarding Same (This Seg. Placement and Harassment)? S.W Also, please note for the court record S.W That S.W Baldwin State Prison mental Health treatment team has re-Diagnosed me since 2010, And the Diagnose that Baldwin state prison mental Health treatment team has (Re) Diagnose me as having S.W is S.W A "Postraumatic Stress Disorder" (PSTD) And on 8-14-13 (The day that Dr. Schoolcraft S.W Discharged me Dr. School Craft told me while I was in CSU Cell #3 that if my mental Health issue were to keep repeating itself that I will keep getting force medication until it controll it (Because I not accepting No medication for my behavor To S.W be S.W tryin to controll my behavor) After Georgia State Prison Dr. Roth and Baldwin State Prison Tellersight said that can't No medication stop my mental Health behavor, But I only

INITIALS OF PERSON MAKING STATEMENT: S.W.

PAGE 1 OF ___ PAGES

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES" WHEN ADDITIONAL PAGES ARE UTILIZED. THE BACK OF PAGE 1 WILL BE LINED OUT. AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

I was Diagnose By Baldwin State Prison Mental Health treatment Team as having a "Postraumatic Stress Disorder" (PSTD) Back in 2011

[margin note: S.W (See: District Information Docket # 08-01613-cv-TCB1) S.W]

I declare (or Certify, Verify, or State) under penalty of perjury that the foregoing is true and correct. Executed on September 2, 2013  /s/ Scott Walker S.W.

Case 1:13-cv-02980-TCB   Document 1   Filed 09/05/13   Page 10 of 14

pg. 4 of 6

**STATEMENT CONTINUED**

Need to receive mental Health Counseling from a "Female mental Health Counselor" and I need to Start receiving this mental Health Counseling from a "Female mental Health Counselor, ASAP! And that I Needed to receive a whole lot of this mental Health Counseling from a S.W. Female mental Health Counselor too for my behavior ASAP!, And they both wrote Doctor orders up on it for me to receive it ASAP! Dr. Roth did at the Georgia State Prison back in 2010, And Baldwin State Prison Tellersight did here at the Baldwin State Prison that I seen here at Baldwin S.W. State Prison inside of a medical office room inside of Baldwin State Prison medical, Yes, Dr. Roth and Baldwin S.P. Tellersight both wrote a Dr. Order up for me to receive a Female mental Health Counseling and said S.W. for me to receive a whole lot of S.W. it for my behavior too. But Hays State Prison (mental Health) didn't never give it to me after I had left from Georgia State Prison and was sent to Hays State Prison, And Baldwin State Prison S.W. (mental Health) didn't never give it to me after I had left out of from seeing the Baldwin State Prison Tellersight, I can't remember his name, but its inside of the computer, because I received S.W. a callout slip after I was S.W. Dr S.W. charge from CSU back in 2011 or in 2012 one of them, but at the time I seen him it was only one "tellersight" man that I ever seen here at the Baldwin State Prison. But since I seen Baldwin S.P. tellersight and after he had wrote up these S.W. this → Doctor orders for me, I have been forced to sign mental Health papers and tricked to sign S.W. mental Health papers, by mental Health Counselor ms. Mac Bealth while ms. mac Bealth were my mental Health Counselor back in 2011, and I was tricked to sign mental Health papers by my mental Health Counselor Dr. Sloan (who is still "my" mental Health Counselor) in 2013. And ms. Register S.W.

**AFFIDAVIT**

I, Scott Walker, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE ___. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING MY STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

Scott Walker
(Signature of Person Making Statement)

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 31 day of August, 20 13

INSTITUTION OR ADDRESS:

(Signature of Person Administering Oath)

(Typed Name of Person Administering Oath)

INSTITUTION OR ADDRESS:

(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT   S.W.   PAGE ___ OF ___ PAGES

Doctor Roth at Georgia State Prison wrote his Dr orders for me to receive a whole lot of Female mental Health Counseling for my behavior and my abuse in 2010, and Baldwin State Prison S.W. Tellersight wrote up his Dr. Orders for me to receive a Female mental Health Counseling for my behavior in 2011 and said that I needed a whole lot of it too. S.W.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true And Correct Executed On September 8, 2013 — Scott Walker S.W. pg. 5 of 6

(2/15/96)  ATTACHMENT 3
SOP IIB05-0001

## WITNESS STATEMENT

| PLACE | DATE | TIME | FILE NUMBER |
|---|---|---|---|
| K-2 Cell #8 Seg. Placement | 8-31-13 | | |

| LAST NAME, FIRST NAME, MIDDLE NAME | SOCIAL SECURITY ACCOUNT NO. | STATE SERIAL NUMBER |
|---|---|---|
| Scott Walker | 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 | 1187151 |

INSTITUTION OR ADDRESS: Baldwin State Prison 100 Laying Farm Road, Hardwick, Ga. 31034

### SWORN STATEMENT

I, Scott Walker, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Knows about both times too (About Ms. Mac Beailth and About Dr. Sloan). And I believe this last time Dr. Sloan tricked me into signing mental Health papers for me to receive shots too for my behavior when it start repeating itself too in violation of my rights too. Because, Dr. Sloan only went over one type of mental Health papers for me to sign and them was the same mental Health papers that I filed a Grievance on (against) mental Health Counselor Ms. Mac Beailth about? (That Dr. Sloan went over with me) But the other Two (2) — mental Health papers (Dr. Sloan had me to sign) that I signed Dr. Sloan "Never" S.W. went over them with me before He (Dr. Sloan) had me to sign (them last 2 that I signed the next day after I had signed the S.W. same type of S.W. mental Health papers that I filed a grievance on Ms. Mac Beailth about) S.W. S.W. all Dr. Sloan stated to me about them last 2 is that "he forgot to get me to sign it" and that "I Had to sign them" And I trusted his word until Dr. Schoolcraft started talking about trying to S.W. controll S.W. my behavior with medication S.W. if it keep repeating itself. Because Dr. Schoolcraft ain't ever told me that until After Dr. Sloan had tricked me to signing them last 2 sheets of mental Health papers that Dr. Sloan said that "I had to Sign them" And I reported Dr. Sloan Conduct about these 2 sheets of mental Health papers that he tricked me to sign and I also reported how I feel like Dr. Sloan have too Advantage of me being "Sexually Assualted" from this Conduct and I S.W. reported Dr. Sloan about this conduct of his inside of a Grievance form (Color was A blue grievance form) with a Attachment of one (1) witness statement form for it. And both of them (The blue Grievance and the witness statement Attachment for the grievance) is dated: 8-22-13. And I sent it (Both blue Grievance and witness statement like the kind of witness statement that I'm writting on Now) to mental-Health Director Ms. Register thru prison in house mail (And I asked Ms. Register to show it to Warden Ms. Oubre too) the same way that I reported the witness statement forms to Ms. Register thats dated: 7-31-13 S.W. And pg. 2 of 2 S.W. pg. 1 of 2, 8-1-13 pg. 1 of 1, 8-2-13 pg. 1 of 1, 8-3-13 pg. 1 of 1, and S.W. 8-4-13 pg. 1 of 1 S.W. for Ms. Register to read to Ms. Price due to my mental Health issues and Ms. Price saying that I write to Small for her (Ms. Price) to read all my paper work that I be sending to her). And I sent it the same way that I sent the 7 witness statement forms that I sent to Ms. Oubre (Prison in house S.W. mail) thats dated: 8-15-13 pg. 1 of 1

INITIALS OF PERSON MAKING STATEMENT: S.W.   PAGE 1 OF ___ PAGES

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES" WHEN ADDITIONAL PAGES ARE UTILIZED. THE BACK OF PAGE 1 WILL BE LINED OUT. AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

S.W. Dr. Sloan is a Male mental Health Counselor S.W.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on September 2, 2013. — Scott Walker S.W.

pg. 5 of 6

**STATEMENT CONTINUED**

8-15-13 pg. 1 of 1, 8-15-13 pg. 1 of 1, 8-15-13 pg. 1 of 1, 8-15-13 pg. 1 of 1, 8-15-13 pg. 1 of 1, and 8-15-13 pg. 1 of 1. All S.W. of these 7-31-13 pg. 1 of 2, 8-1-13 pg. 1 of 1, 8-2-13 pg. 1 of 1, 8-3-13 pg. 1 of 1, 8-4-13 pg. 1 of 1 S.W., 8-15-13 pg. 1 of 1, 8-15-13 pg. 1 of 1, 8-15-13 pg. 1 of 1, 8-15-13 pg. 1 of 1, 8-15-13 pg. 1 of 1, 8-15-13 pg. 1 of 1 S.W. and 8-15-13 pg. 1 of 1 witness statement forms to thats filled out by me (Scott Walker #1187151 S.W. Register S.W.) and sent to them (Warden Ms. Oubre & (And) Mental Health Director Ms. ⬛⬛⬛) by me (Scott Walker #1187151 S.W.) from me thru S.W. putting it inside of the floor officer hand S.W. that worked K-2 bottom floor, and the officer(s) said that they dropped all of them (Both) inside of the mail box for the mail lady "Ms. Simmons" that work for security here @ the Baldwin S.P. to pick it up and send S.W. it who its addressed to on the enveeple(s). And the one that I handed S.W. to Deputy Warden of Security Mr. Jordan (for him (Mr. Jordan) to put it in Ms. Oubre hand or mail box (either/or)) thats dated 8-15-13 pg. 1 of 1, I put it inside of Mr. Jordan hand from me sliding it to him thru my CSU cell door flap inside of CSU cell #3. The carmas seen me turn in all this mail to to everyone who I said I hand S.W. it to. And I turned in the one to Mr. Jordan for Ms. Oubre S.W. on 8-15-13. (Thats dated 8-15-13 pg. 1 of 1 that I handed to Mr. Jordan) And a few hours after that I hand it to Mr. Jordan I was forced to move from CSU cell #3 and brought back to the hole on this Same Flase Seg. Placement (on 8-15-13) S.W. I'm informing the court about S.W. And the carma S.W. (in CSU Infirmary on 8-15-13 S.W. shows when mental Health Counselor Ms. Jackson told The Cert team Mr. Duncan (on 8-15-13) that mental Health is Not the one (I) got me placed inside of this flase Seg. Placement (on 8-15-13) And the 7 witness statements that I sent to Warden Ms. Oubre myself thru prison inhouse mail was on or about 8-18-13 S.W. (Sunday Night I hand it to the officer) S.W. AFFIDAVIT Addressed S.W. To: Warden Shelia Oubre

I, Scott Walker, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE ___. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

Scott Walker
(Signature of Person Making Statement)

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 31 day of August, 20 13

INSTITUTION OR ADDRESS:

(Signature of Person Administering Oath)

(Typed Name of Person Administering Oath)

INSTITUTION OR ADDRESS:

(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT: S.W.     PAGE ___ OF ___

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on September 2, 2013 ~Scott Walker S.W~ Pg. 6 of 6

ATTACHMENT 1
SOP IIB05-0001

# WITNESS STATEMENT

K-2 Cell #8 Seg. Placement

**DATE:** 8-31-13
**TIME:**
**FILE NUMBER:**

**LAST NAME, FIRST NAME, MIDDLE NAME:** Scott Walker
**SOCIAL SECURITY ACCOUNT NO.:** 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
**STATE SERIAL NUMBER:** 1187151

**INSTITUTION OR ADDRESS:** Baldwin State Prison 100 Laying Farm Road Hardwick, Ga. 31034

## SWORN STATEMENT

I, Scott Walker, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

And the one(s) I sent to Mental Health Director Ms. Register was on or about 8-5-13 (Real early) However they (Ms. Oubre, and Ms. Register) both got it. The carma show everything about what Ms. Price said about this to "Its up to Mental Health." All of it is regarding this flase seg. Placement and harassment and my Mental Health issues regarding same and regarding same from all of this that I'm address to the court. And the reason why I want a restraining order out against Unit manager Lillian Warren and want to press harassment charge(s) against Unit manager Lillian Warren is because she (Ms. Warren) is the one that tried to lock me down on 7-25-13 if I didn't write a statement up for her to clear her (Ms. Warren) name from her breaking policy against SOP Statewide Grievance Procedure (IIB05-0001). And Ms. Warren is the one that had me locked down inside of this flase seg. Placement that I'm being held in against Warden(s) policy clausing me all of this pain and suffering (she keep harassing me from what a inmate said to her (Ms. Warren) about something thats pretaining to my mental Health file, and from what my Mental Health Counselor Dr. Sloan said to her (Ms. Warren) about something thats pretaining to my mental S.W Health file. That only mental Health only suppose to evaulate me on and only Internal Affairs is suppose to investigate due to that its been placed inside of a Grievance form first and Ms. Warren investigated it from her (Ms. Warren) receiving the grievance form S.W From Mental Health S.W but Ms. Warren was only suppose to forward it over to Internal Affairs for their review. But instead Ms. Warren took matters into her own hands and got me locked down against Warden(s) policy about it when its not even a Statewide hit out on my life from it from Ms. Warren telling on me to the inmate that I reported that threatened to rape me back in or about 2012 ( one(1) S.W years ago) but only 3 inmates trying to make me pay $500 from Ms. Warren telling on me, and I told Ms. Register and Ms. Oubre who these 3 inmates are and S.W Ms. Oubre S.W (Security) aint doing nothing about it, (So far it seems) because it had been placed inside of a Grievance. S.W

**INITIALS OF PERSON MAKING STATEMENT:** S.W
**PAGE 1 OF ___ PAGES**

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF __ TAKEN AT __ DATED __ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE __ OF __ PAGES" WHEN ADDITIONAL PAGES ARE UTILIZED. THE BACK OF PAGE 1 WILL BE LINED OUT. AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

\*\*\* And if Warden ms. Shelia Oubre says No to my Request regarding this Flase Seg. Placement that I'm being held in against wardens) Policy. Warden ms. Oubre is the one who have kept my life in danger due to my mental Health issues that all of the inclosed is clausing me to have that this flase seg. Placement and harassment have cost me and still clausing me to have long as my Request to State official (Warden ms. Oubre) not given to me by this state official and one of my requests has To be given to me Per. State official Warden ms. Oubre by State official Warden Oubre to or I cannot accept it and what I asked ms. Oubre for. It will take my life out of Danager from all the inclosed that I stated To the court. And this is what I asked ms. Oubre for too

**STATEMENT CONTINUED**

form first (I filed a grievance on it first.) And if any one other than Internal Affairs messes with it, they'll be breaking policy against me the same way That ms. Warren doing. And this been going on for 2 years. And I aint been having to be locked down about it either. And I don't suppose to be locked down about nothing long as I'm not the one thats clausing conflict (Due to my mental Health Issues per mental Health.) But the one(s) thats clausing conflict towards me from what ms. Warren did (Telling on me to the inmate(s)) ms. Warren aint lock them down at all. when these inmates aint even been bothering me about this for about 3 or 4 months now. They not even housed inside of the building that ms. Warren had me locked down out of. However, its still not paper work on me for me to be housed inside of this seg. Placement on file. And my life is in danger from all of this that the state official is doing to me. And however if Warden ms. Oubre was to Grant my request to take my life out of danger before or After the court recieves this info from me I will let the court know (However) But I still want to file a restraining order out against Lillian Warren, and Press harassment charge(s) out against this state official (ms. Warren) from this harassment that she keep doing to me about something thats pretaining to my mental Health file and Internal Affairs investigation per. statewide Grievance Procedure. And a inmate wrote a kite on me to ms. Warren and ms. Warren tricked (I guess she tricked my mental Health Counselor) Dr. Sloan into telling her something thats pretaining to my mental Health file. ms. Warren Started harassing me on 7-25-13 about what another inmate said about the inmate that threatened to rape me. The inmate (Gerale Jones) is a snitch and I see that too, I didn't believe it at first when folks said he was (Inmates and Staff members) So I put it to The test just to see was it true and I be done if he aint drop a kite on me about it to ms. Warren and Started her to harassing me about it, when what I told Gerale Jones ms. Warren I already know about it, because I (She just didn't start harassing me about it until the inmate Jones repeated it to her) filed a Grievance and told on ms. Warren about ms. Warren telling on me to the inmates). And ms. Warren Denied of lying to her warden ms. Shelia Oubre.

**AFFIDAVIT**

I, Scott Walker, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE ___. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

(#2 is Let me become J-building Hall orderly for Warden ms. Oubre per. warden ms. Oubre (Due to it will help keep my mind off all the inclosed Due to my mental Health Issues)

*Scott Walker*
(Signature of Person Making Statement)

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this **31** day of **August**, 20**13**

INSTITUTION OR ADDRESS:

_____
(Signature of Person Administering Oath)

_____
(Typed Name of Person Administering Oath)

INSTITUTION OR ADDRESS:

_____
(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT: S.W.    PAGE ___ OF ___ PAGES

[Margin notes:]

Left margin: I declare (or certify, verify, (or state)) under Penalty of perjury that the foregoing is true and Correct Executed on September 2, 2013 Scott Walker Witness Statement to the Court

Right margin: 
1.) Place me back in J-C cell #150 without a roommate, if I can't pick my roommate out who I want to be (Due to my mental Health issues) 
2.) Let me become J-building Hall orderly for ms. Oubre; and (Due to my mental Health issues)
3.) I told ms. Oubre who got people on their Visitation list thats bringing all this Ice/meth Co-cane inside of Baldwin State Prison. Visitation room. Only # 1 and # 3 doesn't even matters to me. But # 3 reported that ms. Warren made him write about that ms. Warren threatened to rape him. An inmate A pay back for what he tryin to clause me To charge me $500 for that statement I told ms. Oubre who got people on their visitation list thats bringing Ice/meth inside of Baldwin State Prison visitation room because this inmate is the one that told me by the name of Cedric Spence. And the reason why I told on this inmate that I know by the name of Cedric Spence, Don't care.

Bottom (upside down): Take my life out of Danager from everything that I am stating inside of this Plus, I'm not the only one that know about people bringing Ice/meth, co-cane to him thru visitation thats on his (Don) visitation list. But # 3 and # 1 I need this to